# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P  (718) 514 - 9100  
F  (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

October 21, 2022

**VIA ECF & Email**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Xin Jin,* 22 Cr. 458 (LDH)

Dear Judge DeArcy Hall:

    I represent Xin Jin in the above-entitled case having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.  This letter is submitted to respectfully request approval of the proposed bail package described below.

    My client was arraigned on October 13, 2022 before Magistrate Judge Kuo.  On that day, owing to the large number of arrests and limited number of interpreters, counsel was unable to reach my client's family and prepare the necessary information for a bail application.  Magistrate Judge Kuo approved counsel's request to consent to detention with leave to request bail at a later date.  Prior to arraignment, the government submitted a detention memo requesting the detention of all but one of the ten arrested defendants.  In their detention memo, the government alleged that defendants Jin Hua Zhang and Jin Fu Zhang "oversaw the T5 Scam and also managed a network of individuals who laundered money."

    Although counsel does not know the full bail information as to each defendant (the case details of the bail decisions have not been docketed), I am aware that at least four defendants were granted bail, including leaders Jin Hua Zhang and Jin Fu Zhang, with Jin Fu Zhang's bail conditions set at $100,000 bond secured by two sureties and electronic monitoring.  Additionally, defendant Yangbing Chen's bail conditions were set at $120,000 bond secured by two sureties and electronic monitoring with a curefew.

    Accordingly, counsel proposes the following bail conditions as the least restrictive means to reasonably ensure Xin Jin's return to court:

- $100,000 bond secured by three financially responsible sureties;
- Supervision as determined by Pretrial Services enforced by electronic monitoring;

- Surrender of passport(s)
- Any other conditions deemed appropriate.

    As per their detention memo, the government opposes this bail request. Should the Court require additional information, counsel will work diligently to provide.

Respectfully submitted,

*Ken Womble*

Ken Womble
Counsel for Xin Jin