

U.S. Department of Justice

United States Attorney
Eastern District of New York

BW/MG/RB
F. #2021R00629

271 Cadman Plaza East
Brooklyn, New York 11201

June 5, 2025

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Jin Hua Zhang, et al.
                  Criminal Docket No. 22-CR-458 (LDH)

Dear Judge DeArcy Hall:

       The parties jointly submit this status update in response to the Court's June 4, 2025 Order. Of the 12 originally charged defendants, 10 have pleaded guilty and are pending sentencing. The case remains pending against defendants Cencheng Luo and Gregory Armand. The government and counsel for Mr. Luo have been actively engaged in negotiations to resolve Mr. Luo's case short of trial. The government and counsel for Mr. Armand have not been engaged in plea negotiations and expect Mr. Armand's case to proceed to trial. The parties jointly request that the Court set a status conference and enter and Order of Excludable Delay between June 5, 2025 and the date of the status conference.

       The government and counsel for Mr. Luo apologize for their collective oversight and failure to file a status update in response to the Court's February 5, 2025 Order.

                                    Respectfully submitted,

                                    JOSEPH NOCELLA, JR.
                                  United States Attorney

                    By:   /s/ Benjamin Weintraub
                            Benjamin Weintraub
                            Assistant U.S. Attorney
                            (718) 254-6519

cc:    Clerk of Court (LDH)
        All defense counsel of record (by ECF)